```
1   LAW OFFICE OF RICHARD W. SNYDER
2   RICHARD W. SNYDER, ESQ., State Bar # 183570
    131 N. Tustin Ave., Suite 200
3   Tustin, CA 92780
    (714) 505-7585
4
5   Attorney for Movant
    DANIEL'S JEWELERS
6
```



**FILED & ENTERED**

**MAY 24 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

**NOT FOR PUBLICATION**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FRANCISCO URIAS<br>NIMIA URIAS<br><br><br>Debtor(s), | Case No.: 2:18-12562-RK<br><br>CHAPTER  7<br><br>ORDER DENYING MOTION OF DANIEL'S JEWELERS FOR DEBTOR EXAMINATION AND PRODUCTION OF DOCUMENTS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004<br><br><u>Vacated Appearance</u><br>Date:  06/15/2018<br>Time:  12:00PM<br>Place: 131 N TUSTIN AVE<br>         SUITE 200<br>         TUSTIN CA 92780 |

    The motion of Daniel's Jewelers for an examination of Debtors under Federal Rule of Bankruptcy Procedure 2004 is denied because the moving papers do not demonstrate a good faith attempt for a prefiling conference with counsel for Debtors to confer in person or telephonically to arrange for a mutually agreeable date, time, place and scope of such examination as required by Local Bankruptcy Rule 2004-1.  The declaration of Bruce Jackman, Daniel's Jewelers's counsel's staff member, merely attaches cryptic notes written in code undecipherable to the court and does not plainly

describe who was called, with whom he spoke with at the office of counsel for Debtors and the substance of the conversation.  There is no narrative discussion of how the requirements of Local Bankruptcy Rule 2004-1 other than a generic and boilerplate description that a conference was not conducted.  The court notes that this motion is even worse than prior motions because counsel did not even have the professional courtesy to send a written letter to opposing counsel requesting a conference, which was prior practice, and as indicated in this motion, just isolated telephone calls apparently by counsel's staff member.  The court denies the motion and will continue to deny future motions unless Daniel's Jewelers describes in plain and intelligible English its efforts in good faith to meet and confer with Debtors or their counsel as required by Local Bankruptcy Rule 2004-1.

     The Debtor(s) are **NOT** ordered to, and **NEED NOT**, appear at 131 N. Tustin Ave., Suite 200, Tustin, CA 92780, on 06/15/2018 at 12:00PM and produce records demand by Daniel's Jewelers.  Counsel for DANIEL'S JEWELERS **MAY NOT** examine the Debtor(s) under Federal Rule of Bankruptcy Procedure 2004 at this time until there is full compliance with Local Bankruptcy Rule 2004-1.

     Denial of the motion is without prejudice.

     IT IS SO ORDERED.

###

Date: May 24, 2018

_____
Robert Kwan
United States Bankruptcy Judge